AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

EVERYONE'S INTERNET
390 BENMAR, SUITE 200
HOUSTON, TEXAS 770060

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ____David Condo____ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
                                       (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Everyone's Internet, 390 Benmar, Suite 200, Houston, Texas 77060,

there is now concealed a certain person or property, namely (describe the person or property to be searched)
stored wire and electronic communications and transactional records that may be evidence of offenses within the jurisdiction of the U.S. District Court for the District of Columbia. Please see Affidavit, and Attachment A for more detail

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title __18__ United States Code, Section(s) __§ 2251, 2252, and 2252A__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

FREDERICK W. YETTE
Transnational/Major Crimes Section
(202) 353-1666

Signature of Affiant
David Condo, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____            _____
Name and Title of Judicial Officer                     Signature of Judicial Officer