AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

EVERYONE'S INTERNET
390 BENMAR, SUITE 200
HOUSTON, TEXAS 770060

**SEARCH WARRANT**

CASE NUMBER: 05 - 0494M - 01

TO:  David Condo   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent David Condo  who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Everyone's Internet, 390 Benmar, Suite 200, Houston, Texas 77060,

there is now concealed a certain person or property, namely (describe the person or property)

stored wire and electronic communications and transactional records that may be evidence of offenses within the jurisdiction of the U.S. District Court for the District of Columbia.  Please see Affidavit, and Attachment A for more detail

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___September 22, 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 1 2 2005

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_ (signature)

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>09/12/2005 | DATE AND TIME WARRANT EXECUTED<br>09/12/2005, 3:17PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Chris Newcomb |
| INVENTORY MADE IN THE PRESENCE OF | Chris Newcomb, Abuse Team Leader, Everyone's Internet,<br>390 Benmar, Suite 200, Houston, TX | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. One Seagate Hard Drive, 80 Gigbytes in size, Serial Number 3HV1DKV3

2. Account Information for GSBill.com account



FILED

DEC 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_David A. Condo_

Subscribed, sworn to, and returned before me this date.

_[signature]_    12/7/05
U.S. Judge or Magistrate    Date

## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEIZED

1. All content of the gsbill.com servers at Everyone's Internet, 390 Benmar, Suite 200, Houston, Texas 77060, including any computer files that were or may have been used as a means to provide images of child pornography over the Internet, in violation of 18 U.S.C. §§ 2252 and 2252A.

2. All business records, in any form, which pertain to the gsbill.com account and its use of IP address 66.98.198.53, to include all email, ICQ communications, log files of any and all activity, or other communications sent by or received by the account holders, directly or indirectly, whether saved or deleted, and any and all credit card numbers or other methods and identifiers used to pay for the account.